IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA

vs.  Case No.  3:03cr36/RV
 3:12cv64/RV/CJK

JIMMIE HARRIS, JR.
_____

# O R D E R

Upon consideration of the Report and Recommendation of the Magistrate Judge filed on November 13, 2012, pursuant to 28 U.S.C. § 636(b)(1)(B), and after reviewing the timely-filed objection to the Recommendation (doc. 84), the Recommendation is adopted as the opinion of the Court.

Accordingly, it is now ORDERED as follows:

1. The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

2. The second amended motion to vacate, set aside, or correct sentence pursuant to 28 U.S.C. § 2255 (doc. 62) is summarily DISMISSED as untimely.

DONE AND ORDERED this 4th day of December, 2012.

/s/ *Roger Vinson*
ROGER VINSON
SENIOR UNITED STATES DISTRICT JUDGE